LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Plaintiff
CENTURY SURETY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>INDRASINH SOLANKI, SARAJBEN SOLANKI *aka* SURAJBEN SOLANKI, RICHARD PRESCOTT, *dba* SUNNYSIDE HOTEL, AMAR HOLDINGS, LLC, and Does 1-10,<br><br>    Defendants. | Case No.: c 11-03866 JCS<br><br>Assigned to the Hon. Joseph C. Spero<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR A CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE<br><br>Filing Date: August 5, 2011 |

After considering Century Surety Company's request for a continuance of the Initial Case Management Conference, the Court finds good cause and grants the request. The Initial Case Management Conference currently scheduled for November 18, 2011, is continued for a period of sixty days and will take place on January 13, 2012 at 1:30 p.m., in Courtroom G of the above-entitled court.

DATED: 11/16/11

By: _____
Hon. Joseph C. Spero
United States District Court

1

[CASE NO.: C 11-03866 JCS]
[PROPOSED ORDER GRANTING REQUEST FOR A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE]

273701.1