UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Century Surety Company,<br><br>        Plaintiff,<br><br>  v.<br><br>Solanki,<br><br>        Defendant. | Case No.: 3:11-cv-03866-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on August 31, 2012, before this Court in the above-entitled case.  Plaintiff was present.  Defendant was not present.

IT IS HEREBY ORDERED that Defendant appear on **October 26, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why the Defendant's default should not be entered for failure to appear at the case management conference on August 31, 2012, and for failure to comply with the Court's Order of May 30, 2012.  A further case management conference is also scheduled for **October 26, 2012** , **at 1:30 p.m.**

     IT IS SO ORDERED.

Dated:  September 5, 2012

                                                                         _____
                                                                        Joseph C. Spero
                                                                        United States Magistrate Judge